SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>  Plaintiff,<br><br>  vs.<br><br>Mohamed Alkhahaldeh, et al,<br><br>  Defendants | Case No.: CIV.S 09-cv-00088-MCE-JFM<br><br>**PLAINTIFF'S DISMISSAL OF FARIDEH MOSTAFAVI; ALI MOSTAFAVI; ORDER**<br><br>Complaint Filed: JANUARY 12, 2009<br><br>**CASE TO BE REMAIN OPEN AS TO REMAINING DEFENDANTS** |

**PLEASE TAKE NOTICE THAT**, Defendants, Farideh Mostafavi; Ali Mostafavi, not yet appearing, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses these Defendants **WITHOUT** prejudice.  This case is to remain open with respect to the remaining Defendants.

Dated: July 29, 2009                           /s/Scott N. Johnson
                                               SCOTT N. JOHNSON
                                               Attorney for Plaintiff

**IT IS SO ORDERED**.

DATED: August 3, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

PLAINTIFF'S DISMISSAL and Proposed ORDER                    CIV: S-09-00088-MCE-JFM

PDF created with pdfFactory trial version www.pdffactory.com