SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
EMAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson,<br><br>             Plaintiff,<br><br>      vs.<br><br>Alkhahaldeh, et al.<br><br><br><br>             Defendants | Case No.: CIV.S 09-cv-00088-MCE-KJN<br><br>**STIPULATED DISMISSAL AND ORDER WITHOUT PREJUDICE**<br><br>**FRCP 41 (a)(1)**<br><br><br>Complaint Filed:  January 12, 2009 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed **WITHOUT** prejudice pursuant to FRCP 41 (a)(1).

1  Dated: February 16, 2012                    ROSENBERG & LINK

3                                               /s/ Sid M. Rosenberg_____
4                                               SID M. ROSENBERG,
5                                               Attorneys for Defendant,
6                                               Mohamed Alkhahaldeh

9  Dated: February 16, 2012                    DISABLED ACCESS PREVENTS
10                                              INJURY, INC.

12                                              /s/Scott N. Johnson_____
13                                              SCOTT N. JOHNSON,
                                                Attorney for Plaintiff

18 The matter having been resolved in its entirety, the Clerk of Court is hereby directed to close the
19 File.

20       **IT IS SO ORDERED**.

22 Dated: March 5, 2012

                                                _____
                                                MORRISON C. ENGLAND, JR
                                                UNITED STATES DISTRICT JUDGE

2
STIPULATED DISMISSAL AND ORDER WITHOUT PREJUDICE     CIV: S-09-cv-00088-MCE-KJN