SCOTT N. JOHNSON, ESQ., SBN 166952  
DISABLED ACCESS PREVENTS INJURY, INC.  
5150 FAIR OAKS BLVD., SUITE 101  
PMB #253  
CARMICHAEL, CA 95608-5758  
TELEPHONE (916) 485-3516  
FAX (916) 481-4224  
EMAIL scottnjohnson@dapiinc.com  

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnson | Case No.: CIV.S 09-cv-00088-MCE-KJN |
| Plaintiff, | **STIPULATED DISMISSAL AND ORDER WITHOUT PREJUDICE** |
| vs. | **FRCP 41 (a)(1)** |
| Alkhahaldeh, et al. | Complaint Filed: January 12, 2009 |
| Defendants | |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed **WITHOUT** prejudice pursuant to FRCP 41 (a)(1).

---

1  
STIPULATED DISMISSAL AND ORDER WITHOUT PREJUDICE     CIV: S-09-cv-00088-MCE-KJN

| | |
|---|---|
| Dated: February 16, 2012 | ROSENBERG & LINK |
| | |
| | /s/ Sid M. Rosenberg |
| | SID M. ROSENBERG, |
| | Attorneys for Defendant, |
| | Mohamed Alkhahaldeh |
| | |
| Dated: February 16, 2012 | DISABLED ACCESS PREVENTS INJURY, INC. |
| | |
| | /s/Scott N. Johnson |
| | SCOTT N. JOHNSON, |
| | Attorney for Plaintiff |

The matter having been resolved in its entirety, the Clerk of Court is hereby directed to close the File.

**IT IS SO ORDERED**.

Dated: March 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE